IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00202-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TIMOTHY JUTODD BATEY | ) | |

## ORDER

Pending before the Court is Defendant Timothy Jutodd Batey's Motion to Extend Time for Filing Pretrial Motions ("Motion"). (Doc. No. 29.) The Court initially set the trial to begin on January 8, 2013, and set a January 2, 2013, deadline for (1) case-specific jury instructions and verdict forms, and (2) motions in limine. (Doc. No. 25.) Otherwise, the Court directed counsel for the parties to comply with the discovery and motion provisions of Local Criminal Rules 12.01 and 16.01. (*Id.*) On January 7, 2013, the Court granted a motion to continue the trial to April 9, 2013. (Doc. No. 28.) In his current Motion, Mr. Batey states that he received discovery from the Government on January 23, 2013, and has since prepared a motion to suppress evidence. (Doc. No. 29.)

Accordingly, the Court **GRANTS** the Motion. The parties have until **April 2, 2013**, to file (1) jury instructions and verdict forms, and (2) motions in limine; the deadline to file other pretrial motions in the case is now **March 19, 2013**. As a result, the Court will consider Mr. Batey's motion to suppress (Doc. No. 30) as filed in a timely manner.

It is so ORDERED.

Entered this the 5 day of March, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT