IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00202-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TIMOTHY JUTODD BATEY | ) | |

## ORDER

Pending before the Court is Defendant Timothy Jutodd Batey's Motion to Suppress Evidence, requesting a hearing on his motion. (Doc. No. 30.) Accordingly, the Court **SCHEDULES** a hearing on the motion to suppress for **March 22, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this the 5 day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT