IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00202-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TIMOTHY JUTODD BATEY | ) | |

## ORDER

Pending before the Court is Defendant Timothy Jutodd Batey's Motion to Set Hearing for Change of Plea ("Motion"), in which he states that the parties to this matter have reached a plea agreement and requests the Court schedule a change of plea hearing at its convenience. (Doc. No. 59.) The Court **GRANTS** the Motion and **SCHEDULES** a plea hearing for **Tuesday, April 15, 2014, at 1:00 p.m.** By this Order, the presently scheduled trial date in this matter is **CANCELLED**.

It is so ORDERED.

Entered this the 9 day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT