**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:11-cr-00202-1** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **TIMOTHY JUTODD BATEY** | ) | |

### ORDER

Pending before the Court is the Government's Motion to Continue Sentencing Hearing ("Motion"), in which it requests a two week continuance of the sentencing hearing in this case, currently scheduled for August 22, 2014, to allow additional time for preparation of a Presentence Investigation Report for Defendant Timothy Jutodd Batey. (Doc. No. 69.) The Government states that it has contacted counsel for Mr. Batey, who does not object to the continuance. (*Id.*) The Court hereby **GRANTS** the Motion and **CONTINUES** the sentencing hearing in this case to **September 11, 2014, at 10:00 a.m.**

It is so ORDERED.

Entered this the 21st day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT