IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00202-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TIMOTHY JUTODD BATEY | ) | |

## ORDER

Pending before the Court is Defendant Timothy Batey's Motion to Amend the Judgment ("Motion") (Doc. No. 78). The Court **GRANTS** the Motion. Therefore, the Judgment (Doc. No. 76) at Page 2 shall be **AMENDED** to read:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Sixty (60) months. Said sentence of imprisonment shall run concurrently with the sentence the defendant is presently serving in the state correctional institution. It is further ORDERED that the defendant receive credit for time served.

It is so ORDERED.

Entered this the ___23rd___ day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT